UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:12-cr-61-SDM-AAS

GABINO PERALTA-SAUCEDO
_____/

### ORDER

Gabino Peralta-Saucedo moves (Doc. 45) *pro se* for a reduction in sentence under Amendment 821. The United States Probation Office submits a memorandum (Doc. 46) reporting that Amendment 821 is inapplicable to Peralto-Saucedo because he received two criminal history points. The Federal Defender appears and affirms (Doc. 49) that Peralta-Saucedo is ineligible for sentence reduction. Accordingly, Peralta-Saucedo's motion (Doc. 45) is **DENIED**.

ORDERED in Tampa, Florida, on April 13, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE